

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/03/2020 09:30 AM

COURTROOM   8A

HONORABLE MICHAEL WILLIAMSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:19-bk-10111-MGW** | **Chapter 11** | **01/22/2020** |
| **ADVERSARY:**   8:20-ap-00059-MGW | | **Pltf Atty:** |
| | | **Dft Atty:** Alberto F Gomez |
| **DEBTOR:** | Summit View, LLC | |

**HEARING:**

Valdez v. Summit View, LLC et al

Pretrial Conference on Notice of Removal

**APPEARANCES::**
Michael Shea & Joseph Southron: Pltf Attys, Al Gomez, Brett Williams, & Jacob Cremer: Dbtr/Def., Douglas Weiland: Pro Se Def., Scott Stichter: City of Dade City Def.,

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Pretrial Conference on Notice of Removal -   Motion to Dismiss & Motions for Sanctions heard & ruled on by State Ct. Judge - Orders & Transcript to be filed under Ntc. of filing, Amended C/ to be filed; Status Conf. set for 4/1 @ 10:30 a.m.; Parties to work on a P/T Order & if can't be agreed to send to Law Clerk, Pending Pltf's M/to Consol. cases set for 4/1 @ 10:30 a.m. Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.