UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

SUMMIT-VIEW, LLC,

       Debtor,                                                    Case No. 8:19-bk-10111-MGW

_____

ROBERTO VALDEZ,

       Plaintiff,

v.                                                                       Adv. Case No. 8:20-ap-00059-MGW

SUMMIT VIEW, LLC, a Florida limited
Liability company; DOUGLAS J. WEILAND,
an individual; JES PROPERTIES, INC., a Florida
corporation; KEENE SERVICES, INC., a Florida
corporation; and FLORIDA DESIGN
CONSULTANTS, INC., a Florida corporation,

       Defendants.
_____

## NOTICE OF PRELIMINARY HEARING

A preliminary hearing will be held on **April 21, 2020, at 10:30 a.m.** before Honorable Michael G. Williamson, Bankruptcy Judge, to consider and act upon the following and transact such other business that may come before the Court:

KEENE SERVICES, INC., Motion to Dismiss Adversary Complaint [Docket No. 22]

Telephonic Appearance Requirement: Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all hearings by telephone. For Judge Williamson, parties should arrange a telephonic appearance through Court Solutions ([www.court-solutions.com](www.court-solutions.com)) . NOTE: All parties should proceed to the website and select "Sign Up". For unrepresented parties only, before submitting the completed form, you must select "I am not an attorney" and "Certified Indigent". Once the information is submitted you will receive an email with further instructions.

The hearing may be continued upon announcement made in open Court without further notice.

        Darryl W. Johnston, Esq.
        Fla. Bar No. 768286
        Johnston and Sasser, P.A.
        29 S. Brooksville Avenue
        Brooksville, FL  34601
        (352) 796-5123
        (352) 799-3187 facsimile
        djohnston@johnstonandsasser.com

        /s/ DENNIS J. LeVINE, ESQ.
        DENNIS J. LeVINE, ESQ.
        Fla. Bar No. 0375993
        KELLEY KRONENBERG ATTORNEYS AT LAW
        1511 N. Westshore Blvd., Suite 400
        Tampa, FL 33607
        (813) 223-1697
        (813) 433-5275 (fax)
        E-mail: dlevine@kelleykronenberg.com
        Attorneys for Keene Services, Inc.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing Amended Notice of Preliminary Hearing has been furnished on April 7, 2020 by the Court's CM/ECF System to all parties receiving electronic notice in this adversary proceeding.

                                        /s/ DENNIS J. LeVINE, ESQ.
                                        DENNIS J. LeVINE, ESQ.